UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BENJAMIN VELASQUEZ                                              CIVIL ACTION

VERSUS

S2S NORTH GATE ASSOCIATES,                          NO. 21-00553-BAJ-RLB
LLC, ET AL.

## RULING AND ORDER

Before the Court is a **Motion to Remand (Doc. 4)** filed by Plaintiff Benjamin Velasquez. The motion is opposed. (Doc. 6). The Court held oral argument on December 9, 2021. (Doc. 7). The Magistrate Judge has issued a **Report and Recommendation (Doc. 9)**, recommending that the Court deny Plaintiff's motion and retain jurisdiction over this matter. There are no objections to the Magistrate Judge's Report.

Having carefully considered Plaintiff's Complaint and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

1

Accordingly,

**IT IS ORDERED** that the Motion to Remand (Doc. 4) filed by Plaintiff is **DENIED**.

Baton Rouge, Louisiana, this 14th day of April, 2022

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**